**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| FRANK MORABITO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIPLOMAT PHARMACY, INC. BRIAN GRIFFIN, PHILLIP R. HAGERMAN, BENJAMIN WOLIN, REGINA BENJAMIN, DAVID C. DREYER, KENNETH KLEPPER and SHAWN C. TOMASELLO,<br><br>Defendants. | **Civil Action No. 4:20-CV-10181-SDD-DRG**_____<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Frank Morabito ("Plaintiff") voluntarily dismisses this action without prejudice as to both Plaintiff's individual claims and as to the claims of the putative class. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Since no class has been certified and the dismissal is without prejudice as to Plaintiff and all other members of the putative class, notice of this dismissal is not required. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Date: February 20, 2020            By:   */s/ Anthony L. DeLuca*
                                         Anthony L. DeLuca (P64874)
                                         **ANTHONY L. DELUCA, PLC**
                                         14950 East Jefferson Avenue, Suite 170
                                         Grosse Pointe Park, MI 48230
                                         Tel:   (313) 821-5905
                                         Fax:   (313) 821-5906
                                         Email: aldplc@gmail.com

- 1 -
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

1  **OF COUNSEL**

2  **BRODSKY & SMITH, LLC**
3  Marc L. Ackerman
   Ryan P. Cardona
4  Two Bala Plaza, Suite 510
   Bala Cynwyd, PA 19004
5  Tel:    (610) 667-6200
   Fax:    (610) 667-9029
6  Email:mackerman@brodskysmith.com
7  rcardona@brodskysmith.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)