UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FRANK MORABITO, individually and on behalf of all others similarly situated, | Case No. 20-10181 |
| Plaintiff | Stephanie Dawkins Davis<br>United States District Judge |
| v. | |
| DIPLOMAT PHARMACY, INC., *et al.*, | |
| Defendants. | |
| _____/ | |

## **ORDER DISMISSING CASE**

Pursuant to the Notice of Voluntary Dismissal without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**


Date: March 6, 2020                    s/Stephanie Dawkins Davis
                                       Stephanie Dawkins Davis
                                       United States District Judge